## OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

v.

## Robert S. TROTNER, Respondent.

## No. 552 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

Nov. 22, 1999.

*ORDER*

PER CURIAM:

AND NOW, this 22nd day of November, 1999, there having been filed with this Court by Robert S. Trotner his verified Statement of Resignation dated October 7, 1999, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of Robert S. Trotner be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

## OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

v.

## Kenneth Allen GREENE, Respondent.

## No. 547 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

Nov. 22, 1999.

*ORDER*

PER CURIAM:

AND NOW, this 22nd day of November, 1999, upon consideration of the Report and Recommendations of the Disciplinary Board dated September 24, 1999, it is hereby

ORDERED that Kenneth Allen Greene be and he is suspended from the Bar of this Commonwealth for a period of three years and he shall comply with all the provisions of Rule 217, Pa.R.D.E. It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

Justice CAPPY dissents and would adopt the Disciplinary Board's recommendation of a one year and one day suspension.